# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| ROY C. JACKSON | CIVIL ACTION NO. 04-2296 |
| VERSUS | JUDGE ROBERT G. JAMES |
| FORD MOTOR COMPANY | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons set forth in this Court's Ruling, together with the reasons stated in the Magistrate Judge's Report and Recommendation [Doc. No. 35] adopted by the Court herein, and after an independent *de novo* review of the entire record and written objections filed herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Summary Judgment [Doc. No. 27] is GRANTED IN PART and DENIED IN PART. Defendant's Motion for Summary Judgment is GRANTED as to Plaintiff's contract claims and claims under the Louisiana Unfair Trade Practices Act, and these claims are DISMISSED WITH PREJUDICE, each party to bear its own costs. Defendant's Motion for Summary Judgment is DENIED as to Plaintiff's claim for return of his investment and as to the effect of the release.

MONROE, LOUISIANA, this 18th day of January, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE