
RECEIVED
IN MONROE, LA
MAY 0 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| ROY C. JACKSON | CIVIL ACTION 3-04-2296 |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| FORD MOTOR COMPANY | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendant's motion for summary judgment, doc. #47, is GRANTED as to plaintiff's claims for return of his investment and as to the validity of the release.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 5 day of May 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE